```
                         United States Bankruptcy Court
                                District of Nevada
In re:                                                     Case No. 13-50194-btb
PATRICK J. MCAULEY                                         Chapter 12
PATRICIA L. MCAULEY
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0978-3          User: lgallaghe         Page 1 of 2         Date Rcvd: Feb 01, 2013
                              Form ID: mtg12b         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2013.
db/jdb       +PATRICK J. MCAULEY,    PATRICIA L. MCAULEY,    3525 W. IDAHO ST.,    ELKO, NV 89801-4670
tr           +JAN P. JOHNSON,   1500 W. EL CAMINO AVE., #197,    SACRAMENTO, CA 95833-1945
8346238      +DAMBACHER TRUST,    19755 PINE RD,   SONORA, CA 95370-5343
8346240      +JOHN BENNER,   MARY ALICE SANDSTROM,    PO BOX 418,    CEDARVILLE, CA 96104-0418
8346241      +MODOC COUNTY TAX ASSESSOR,    204 S COURT ST, #106,    ALTURAS, CA 96101-4020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: nrzbk@yahoo.com Feb 02 2013 03:17:10     NATHAN R. ZELTZER,    333 MARSH AVE.,
               RENO, NV  89509
ust          +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Feb 02 2013 03:23:42      ANTONIA DARLING,
               300 LAS VEGAS BLVD., SO. #4300,    LAS VEGAS, NV 89101-5803
ust          +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Feb 02 2013 04:19:30      AUGUST B. LANDIS,
               OFFICE OF UST FOR REGION 17,    235 PINE STREET, ROOM 700,    SAN FRANCISCO, CA 94104-2736
ust          +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Feb 02 2013 03:23:42      J MICHAL BLOOM,
               300 LAS VEGAS BLVD S #4300,    LAS VEGAS, NV 89101-5803
ust           E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Feb 02 2013 03:23:42      NICHOLAS STROZZA,
               300 BOOTH ST RM 2129,    RENO, NV  89509
ust          +E-mail/Text: scott.a.farrow@usdoj.gov Feb 02 2013 03:23:42      SCOTT ANDREW FARROW,
               DEPT OF JUSTICE, OFFICE OF US TRUSTEE,    300 LAS VEGAS BLVD., SO.,    LAS VEGAS, NV 89101-5833
ust          +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Feb 02 2013 03:23:42      WILLIAM B COSSITT,
               U.S. TRUSTEE'S OFFICE,    300 BOOTH ST, #3009,    RENO, NV 89509-1360
8346239      +EDI: IRS.COM Feb 02 2013 02:53:00     INTERNAL REVENUE SERVICE,    PO BOX 7346,
               PHILADELPHIA, PA 19101-7346
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2013**           **Signature:**        _Joseph Speetjens_

```
District/off: 0978-3          User: lgallaghe              Page 2 of 2                  Date Rcvd: Feb 01, 2013
                              Form ID: mtg12b              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2013 at the address(es) listed below:
              JAN P. JOHNSON     ch12@jpj13trustee.com
              NATHAN R. ZELTZER    on behalf of Debtor PATRICK MCAULEY nrzbk@yahoo.com,  nrzbk1@gmail.com
                                                                                                 TOTAL: 2

B9H (Official Form 9H) (Chapter 12 Corporation/Partnership Family Farmer or Family Fisherman) (12/12)    Case Number **13–50194–btb**

UNITED STATES BANKRUPTCY COURT District of Nevada

# Notice of
# Chapter 12 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor Individual listed below filed a chapter 12 bankruptcy case on 1/31/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Debtors:** Debtors who are individuals must provide government–issued photo identification and proof of social security number at the meeting of creditors. Failure to do do may result in dismissal of their case.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| PATRICK J. MCAULEY<br>dba GC LIVESTOCK, LLC<br>3525 W. IDAHO ST.<br>ELKO, NV 89801 | PATRICIA L. MCAULEY<br>3525 W. IDAHO ST.<br>ELKO, NV 89801 |
| Case Number:<br>13–50194–btb<br>Judge: BRUCE T. BEESLEY | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–7535<br>xxx–xx–2385 |
| Attorney for Debtor(s) (name and address):<br>NATHAN R. ZELTZER<br>333 MARSH AVE.<br>RENO, NV 89509<br>Telephone number: (775) 324–7600 | Bankruptcy Trustee (name and address):<br>JAN P. JOHNSON<br>1500 W. EL CAMINO AVE., #197<br>SACRAMENTO, CA 95833<br>Telephone number: (916) 239 6677 |

## Meeting of Creditors

Date: **March 1, 2013**                                       Time: **10:30 AM**
Location: **300 Booth Street, Room 3087, Reno, NV 89509**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **5/30/13**        For a governmental unit: **180 days after relief entered**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 4/30/13

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has not filed a plan as of this date. You will be sent separate notice of the hearing on confirmation of the plan.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>300 Booth Street<br>Reno, NV 89509<br>Telephone number: (775) 326–2100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>*Mary A. Schott*<br>Mary A. Schott |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 2/1/13 |

## EXPLANATIONS

B9H (Official Form 9H) (12/12)

| | |
|---|---|
| Filing of Chapter 12 Bankruptcy Case | A bankruptcy case under Chapter 12 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor listed on the front side, and an order for relief has been entered. Chapter 12 allows family farmers and family fishermen to adjust their debts pursuant to a plan. A plan is not effective unless confirmed by the court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1201. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited in duration or not exist at all, although the debtor may have the right to request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Official Form B 10) can be obtained at the United States Courts web site (www.uscourts.gov/FormsAndFees/Forms/ BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices