Christopher D. Jaime, Esq.
Nevada Bar No. 4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Fax: (775) 827-2185
E-mail: cjaime@mclrenolaw.com
Attorneys for Creditor
Milton M. Dambacher

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No: BK-13-50194-btb |
| PATRICK J. MCAULEY, dba GC LIVESTOCK, LLC, and PATRICIA L. MCAULEY, | Chapter 12 |
| Debtors. / | |

**REQUEST FOR SPECIAL NOTICE**

TO:   Clerk, United States Bankruptcy Court for the District of Nevada;

TO:   Nathan R. Zeltzer, Esq., 12 W. Taylor St., Reno, Nevada 89509, attorney for debtors;

TO:   Patrick J. McAuley and Patricia L. McAuley, 3525 W. Idaho St., Elko, Nevada 89801, debtors;

TO:   U.S. Trustee, 300 Booth Street, Room 2129, Reno, Nevada 89509; and

TO:   All parties of interest.

Notice is hereby given that the undersigned requests that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

Christopher D. Jaime, Esq.
Maupin, Cox & LeGoy
P.O. Box 30000
Reno, NV  89520
E-mail:         cjaime@mclrenolaw.com
Telephone:   775-827-2000
Facsimile:    775-827-2185

Dated this 27th day of March, 2013.

                            MAUPIN, COX & LeGOY


                            By:     /s/
                                Christopher D. Jaime, Esq.
                                Attorneys for Creditor
                                Milton M. Dambacher

## CERTIFICATE OF SERVICE BY U.S. MAIL

Under penalty of perjury, I hereby certify that I am an employee of MAUPIN, COX & LeGOY, Attorneys at Law, and in such capacity and on the date indicated below, I deposited for mailing from a point within the State of Nevada a sealed envelope which had enclosed within a true and correct copy of the within document, which envelope had postage fully prepaid thereon, and was addressed as follows:

Nathan R. Zeltzer, Esq.
12 W. Taylor St.
Reno, NV 89509

Patrick J. McAuley
Patricia L. McAuley
3525 W. Idaho St.
Elko, NV 89801

U.S. Trustee
300 Booth Street, Room 2129
Reno, Nevada 89509

DATED this 27th day of March, 2013.

_Karen Bernhardt_
EMPLOYEE