Michael R. Brooks, Esq.
Nevada Bar No. 7287
Regina A. Habermas, Esq.
Nevada Bar No. 8481
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Ph (702) 851-1191
Fax (702) 851-1198
E-mail: jsallade@brooksbauer.com
Attorneys for Secured Creditor
John J. Benner and Mary Alice Sandstrom, General Partnership

*Electronically filed:* April 15, 2013

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PATRICK J. MCAULEY,<br>dba GC LIVESTOCK, LLC,<br>and PATRICIA L. MCAULEY,<br><br>Debtors. | Case No.: 13-50194-btb<br><br>Chapter 12 |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

### [FRBP 9010(b) and 2002]

PLEASE TAKE NOTICE that Michael R. Brooks, Esq. of the law firm of BROOKS BAUER LLP, counsel for John J. Benner and Mary Alice Sandstrom, General Partnership ("Secured Creditor"), hereby enters an appearance on the record in the above-entitled bankruptcy proceeding pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and pursuant to Federal Rule of Bankruptcy Procedure 2002, hereby requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor or other parties in interest, including copies in response to the foregoing.

/ / /

/ / /

Pursuant to Federal Rule of Bankruptcy Procedure 2002, all notices required to be mailed to Secured Creditor should be directed to:

Michael R. Brooks, Esq.
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134-6372

DATED this 15th day of April, 2013.

BROOKS BAUER LLP

/s/Michael R. Brooks, Esq.
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Regina A. Habermas, Esq.
Nevada Bar No. 8481
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Ph (702) 851-1191
Fax (702) 851-1198
Attorneys for Secured Creditor
John J. Benner and Mary Alice Sandstrom,
General Partnership

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is that of Brooks Bauer LLP, 1645 Village Center Circle, Suite 200, Las Vegas, Nevada 89134.

This is to certify that on this day, I electronically filed the **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE [FRBP 9010(b) and 2002]** with the Clerk of the Court using the CM/ECF system. Filing the document using the CM/ECF system will cause electronic service of the document on the parties in said action or proceeding through the Notice of Electronic Filing to the following: *See*, Master Service List.

I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 15th day of April, 2013 at Las Vegas, NV.

　　　　　　　　　　　　　　　　　　　/s/Tamara K. Olsen
　　　　　　　　　　　　　　　　　　　An Employee of BROOKS BAUER LLP