| | |
|---|---|
| LAW OFFICE OF NATHAN R. ZELTZER,<br>Nathan R. Zeltzer, Esq., NV SBN 5173<br>12 W. Taylor St.<br>Reno, Nevada 89509<br>nrzbk@yahoo.com<br>(775) 329-6400 | ECF-filed on: 4/16/2013 |

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br><br>PATRICK MCCAULEY,<br>dba GC LIVESTOCK, LLC<br>PATRICIA MCCAULEY,<br><br>Debtor(s).<br>_____/ | Case No.: BK-13-50194-btb<br>Chapter 12<br><br>Date: 5/21/2013<br>Time: 2:00 P.M. |

## CERTIFICATE OF SERVICE

1. On April 16, 2013, I served the following document(s): MOTION TO ALLOW WITHDRAWAL OF COUNSEL, MOTION TO EXTEND TIME TO FILE CH. 12 PLAN and NOTICE OF HEARING.

2. I served the Above-named document(s) by the following means to the persons as listed below:

   _x_  a.  ECF System:
        Jan Johnson
        ch12@jpj13trustee.com
        Brooks Bauer LLP
        jsallade@brooksbauer.com
        Maupin,Cox & LeGoy
        cjaime@mclrenolaw.com
   ___  b.  United States Mail, postage fully prepaid:
        See attached list:
   ___  c.  Personal Service: I personally delivered the document(s) to the persons at these addresses:
   ___  d.  By direct e-mail(as opposed to through the ECF System)
   ___  e.  By fax transmission
   ___  f.  By messenger

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Signed on: April 16, 2013 | /s/Nathan Zeltzer<br>Nathan Zeltzer, Declarant |

1

1. DAMBACHER TRUST
   19755 PINE ST.
   SONORA, CA 95370

2. INTERNAL REVENUE SERVICE
   P.O. BOX 7346
   PHILADELPHIA, PA 19101-7346

3. JOHN BENNER & MARY ALICE SANDSTROM
   P.O. BOX 418
   CEDARVILLE, CA 96104

4. MODOC COUNTY TAX ASSESSOR
   204 S Court St # 106,
   Alturas, CA 96101

5. PATRICK & PATRICIA MCCAULEY
   P.O. BOX 631
   EUREKA, NV 89316

6. MICHAEL BROOKS, ESQ
   1645 VILLAGE CENTER CIR., STE. 200
   LAS VEGAS, NV 89134

7. CHRIS JAIME, ESQ
   4785 CAUGHLIN PKWY.
   RENO, NV 89520

2