Michael R. Brooks, Esq.
Nevada Bar No. 7287
Regina A. Habermas, Esq.
Nevada Bar No. 8481
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Ph (702) 851-1191
Fax (702) 851-1198
E-mail: jsallade@brooksbauer.com
Attorneys for Secured Creditor
John J. Benner and Mary Alice Sandstrom, General Partnership

*Electronically filed:* May 7, 2013

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> PATRICK J. MCAULEY, <br> dba GC LIVESTOCK, LLC, <br> and PATRICIA L. MCAULEY, <br><br> Debtors. | Case No.: 13-50194-btb <br><br> Chapter 12 |

### JOINDER TO OPPOSITION OF MILTON M. DAMBACHER TO DEBTORS' MOTION TO EXTEND TIME FOR FILING CH. 12 PLAN PURSUANT TO 11 U.S.C. § 1221; REQUEST FOR DISMISSAL

John J. Benner and Mary Alice Sandstrom, General Partnership ("Secured Creditor"), by and through its counsel of record, Brooks Bauer LLP, hereby join in Milton M. Dambacher's Opposition to Debtors' Motion to Extend Time for Filing Ch. 12 Plan Pursuant to 11 U.S.C. § 1221; Request for Dismissal (the "Opposition") [ECF No. 17]. Secured Creditor incorporates by reference all of the facts and arguments made by Milton M. Dambacher in the Opposition to the extent the arguments apply to Secured Creditor incorporating the same authority cited by Milton M. Dambacher in the Opposition. In addition, Secured Creditor requests that this Court deny Debtors' Motion to Extend Time for Filing Ch. 12 Plan Pursuant to 11 U.S.C. § 1221 and dismiss this case.

///

DATED this 7th day of May, 2013.

                BROOKS BAUER LLP

*/s/Michael R. Brooks, Esq.*
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Regina A. Habermas, Esq.
Nevada Bar No. 8481
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Ph (702) 851-1191
Fax (702) 851-1198
Attorneys for Secured Creditor
John J. Benner and Mary Alice Sandstrom,
General Partnership

BROOKS BAUER LLP
1645 VILLAGE CENTER CIRCLE, SUITE 200, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191   FAX: (702) 851-1198

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is that of Brooks Bauer LLP, 1645 Village Center Circle, Suite 200, Las Vegas, Nevada 89134.

This is to certify that on this day, I electronically filed the **JOINDER TO OPPOSITION OF MILTON M. DAMBACHER TO DEBTORS' MOTION TO EXTEND TIME FOR FILING CH. 12 PLAN PURSUANT TO 11 U.S.C. § 1221; REQUEST FOR DISMISSAL** with the Clerk of the Court using the CM/ECF system. Filing the document using the CM/ECF system will cause electronic service of the document on the parties in said action or proceeding through the Notice of Electronic Filing to the following: *See*, Master Service List.

I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 7th day of May, 2013 at Las Vegas, NV.

/s/ Tamara K. Olsen
An Employee of BROOKS BAUER LLP