```
LAW OFFICE OF NATHAN R. ZELTZER,
Nathan R. Zeltzer, Esq., SBN 5173      ECF filed: 5/22/13
12 W. Taylor St.
Reno, Nevada 89509
(775) 786-9993

Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

```
IN RE:                           CASE NO. BK-13-50194btb
                                         Chapter 12
PATRICK MCCAULEY,
dba GC LIVESTOCK, LLC
PATRICIA MCCAULEY,               Hearing Date: 6/21/2013
                                 Hearing Time: 11:00 A.M.
                                 Court: United States
                                 Bankruptcy Court
                                 300 Booth St., court room #2
                                 Reno, Nevada
Debtors,                         89509
_____/
```

**FIRST AND FINAL APPLICATION FOR FEES AND COSTS**

Nathan R. Zeltzer, Esq., of the Law Office of Nathan R. Zeltzer, (hereinafter "Applicant"), submits his first and final application for compensation for professional services rendered and reimbursement of costs incurred pursuant to 11 U.S.C. §330(a)and Bankruptcy Rule of Procedure 2016(a)(the "Application").

1. Applicant is an attorney for the Debtors PATRICK MCCAULEY and PATRICIA MCCAULEY, in their Chapter 12 case and makes this first and final application for allowance of compensation for professional services rendered, and for reimbursement for actual

1

and necessary costs and expenses incurred by him, in administration of the Debtors' estate.  Debtors paid a pre-petition retainer to applicant of $1,000.00.  Applicant has obtained Court permission to withdraw as attorney of record in this case on May 21, 2013.

2. All services for which compensation is being requested by Applicant were performed for and on behalf of the Debtors, and were necessary to the administration of the Debtors' estate.  The services performed are summarized for the Court's convenience as follows:

a) Preparation of Petition and Schedules;

b) Appearance with Debtors at 341 Meeting;

c) Outlining proposed Ch. 12 Plan for filing with the Court;

d) Filing Motion to Extend Time to file Ch. 12 Plan, and this instant Motion for Compensation;

e) Filing and appearing on Motion to Withdraw as Counsel of Record.

Applicants:
Nathan R. Zeltzer, Esq., of the Law Office of Nathan R. Zeltzer.
Assistants: Bessy Zamora, Linda Numbers.

---

TERMS OF EMPLOYMENT:
Attorney:                                       $300.00
Assistants:                                     $65.00

First Application of fees and costs
                        Legal fees:         $4,809.50
                        Expenses:           $0
                        Previously paid     $1,000.00
                        Total:              $3,809.50

\\\
\\\
\\\

2

Periods Covered: January 30, 2013 through May 22, 2013.

Prospect for payment of fee/cost award: Applicant believes the Debtors may have equity in their real property that was the reason for the Bankruptcy filing. Applicant will seek to obtain outstanding fees from these remaining sale proceeds.

    3.   As of May 22, 2013, the following money has been paid to Debtor's attorney for fees and costs associated with this Chapter 12 bankruptcy case: $1,000.00 paid by the Debtors. After crediting this amount, the remaining unpaid, balance owing is $3,809.50. See attached Exhibit "A" Invoice of Services attached hereto.

    4.   Applicant has not entered into any agreement with any other person or entity for the sharing of compensation received or to be received in connection with the services rendered in this case.

    5.   The rates of compensation of attorney agreed to by the Debtors are as follows: Nathan R. Zeltzer. (NRZ) - $300.00 per hour, and Assistants (BZ & LN) of $65.00 per hour. Applicant believes that these rates are within the normal hourly rate charged by other professionals for the type of services involved in this case, and believes that the compensation sought herein is reasonable.

    6.   Nathan R. Zeltzer, Esq. was admitted to the Nevada Bar in 1993.

\\\

\\\

\\\

WHEREFORE Applicant now seeks an order of this Court approving the award of $4,809.50 of which $1,000.00 has been previously paid for administrative attorney fees and costs and expenses in the amount of $0 for a total amount of $3,809.50 to be paid to Applicant.

RESPECTFULLY SUBMITTED this 22nd day of May, 2013

/s/Nathan R. Zeltzer
Nathan R. Zeltzer,
Attorney for Applicant

4