Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**May 24, 2013**

___

Law Office of Nathan R. Zeltzer
Nathan R. Zeltzer, Esq., SBN 5173
12 W. Taylor St.
Reno, Nevada 89509
(775) 329-6400

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * *

In Re:

PATRICK MCCAULEY,
PATRICIA MCCAULEY,

    Debtors,

_____/

Case No. BK-N-13-50194-btb
(Chapter 12)

**ORDER APPROVING MOTION TO EXTEND TIME TO FILE CH. 12 PLAN**

Date: May 21, 2013
Time: 2:00 P.M.

THIS MATTER having come before the Court on Motion of the Debtors, and Debtors counsel Nathan R. Zeltzer seeking approval of a Motion to Extend Time to File Ch. 12 Plan pursuant to 11 U.S.C. §1221, all parties present at the hearing are duly noted on the Court record, the Court having reviewed the matter before it, and the Court file, and good cause appearing therefore;

\\\

\\\

\\\

1  IT IS HEREBY ORDERED that the Motion to Extend Time to file a Chapter 12 Plan is
2  granted. The Debtors shall file a Ch. 12 Plan within 14 days of the date of this hearing.
3
4  IT IS FURTHER ORDERED that if a Ch. 12 Plan is not filed within 14 days from the date of
5  this hearing the Automatic Stay of 11 U.S.C. §362 shall immediately terminate without further order of
6  this Court, or notice to the Parties.

Submitted by:

/s/ Nathan R. Zeltzer
Nathan R. Zeltzer, Esq.

Approved/Disapproved

/s/Christopher Jaime
Christopher Jaime, Esq.
Attorney for Milton M. Dambacher

Approved/Disapproved

/s/Regina Habermas.
Regina Habermas, Esq.
Attorney for John Benner & Mary Alice Sandstrom, General Partnership

###

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, the undersigned certifies:

    \_\_\_\_ The Court waived the requirements of Local Rule 9021.

    _x_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared or have an interest in the hearing regarding this matter and/or who filed a written objection and each has:

        _x_ approved the form of this order as indicated above;

        \_\_\_\_ waived the right to review the order; and/or (Appearing party at hearing waived signature on this Order.)

        \_\_\_\_ failed to file and serve papers in accordance with L.R. 9021(c).

        \_\_\_\_ failed to respond to the proposed Order Granting Motion for Relief from the Automatic Stay and Abandonment of Property of the Estate.

    \_\_\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

    \_\_\_\_ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

Dated this _24th_ day of May, 2013

                                                     /S/NATHAN R. ZELTZER
                                                     Nathan R. Zeltzer, Esq.
                                                     Attorney for Debtors