Nathan R. Zeltzer, Esq., NV SBN 5173                                    ECF-filed on: 5/28/2013
LAW OFFICE OF NATHAN R. ZELTZER
12 W. Taylor St.
Reno, Nevada 89509
nrzbk@yahoo.com
(775) 329-6400

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE: | Case No.: BK 13-50194btb |
| PATRICK MCCAULEY, | Chapter 12 |
| PATRICIA MCCAULEY, | |
| Debtors | |

**CERTIFICATE OF SERVICE**

    1.  On May 28, 2013, I served the following document: NOTICE OF ENTRY OF ORDER.

    2.  I served the above-named document by the following means to the persons as listed below:

  _X_    a.  ECF System:
    William Van Meter
    c13ecf@nvbell.net, wvanmeter13@ecf.epiqsystems.com
    Jan Johnson
    ch12@jpj13trustee.com
    Brooks Bauer LLP
    jsallade@brooksbauer.com
    Maupin,Cox & LeGoy
    cjaime@mclrenolaw.com

  _X_    b. United States Mail, postage fully prepaid:
    Patrick & Patricia McCauley
    P.O. Box 631
    Eureka, NV 89316

  ___    c.  Personal Service: I personally delivered the document(s) to the persons at these addresses:

  ___    d.  By direct e-mail (as opposed to through the ECF System)

  ___    e.  By fax transmission

  ___    f.  By messenger

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: <u>May 28, 2013</u>                                    <u>/s/ Nathan Zeltzer</u>
                                                                                      Nathan Zeltzer, Declarant