*[signature: Bruce T Beesley]*

Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**June 03, 2013**

---

LAW OFFICE OF NATHAN R. ZELTZER,
NATHAN R. ZELTZER, Esq., SBN 5173
12 W. TAYLOR ST
Reno, Nevada 89509
(775) 329-6400

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE:<br>PATRICK J. MCAULEY,<br>PATRICIA L. MCAULEY,<br><br><br><br>            Debtor(s)<br>_____/ | Case No. BK–13-50194btb<br>(Chapter 12)<br>**ORDER ALLOWING COUNSEL TO WITHDRAW AS ATTORNEY OF RECORD FOR THE DEBTOR** May 21,<br>HEARING DATE: ~~January 16~~, 2013<br>HEARING TIME: ~~10:00 A.M.~~ 2:00 p.m. |

   The Attorney for the Debtor, Nathan Zeltzer, having filed a Notice of Motion and Motion to Allow Withdrawal of Counsel of Record on April 16, 2013. All appearances at the court hearing being noted on the court record, and with good cause appearing;

   IT IS HEREBY ORDERED, that Debtors Attorney of record, Nathan Zeltzer, is hereby allowed to withdraw as Attorney of record in this case.

   IT IS FURTHER ORDERED, that Debtors, PATRICK and PATRICIA MCAULEY, are hereby substituted into their case as their own attorneys pro se, and they are now responsible for their own

representation in this case.  Debtors last known address is P.O. Box 631, Eureka, NV 89316.

Submitted by:

/s/Nathan R. Zetlzer, Esq.

###

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, the undersigned certifies:

\_\_\_\_ The Court waived the requirements of Local Rule 9021.

\_\_\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared or have an interest in the hearing regarding this matter and/or who filed a written objection and each has:

    \_\_\_\_ approved the form of this order as indicated above;

    \_\_\_\_ waived the right to review the order; and/or (Appearing party at hearing waived signature on this Order.)

    \_\_\_\_ failed to file and serve papers in accordance with L.R. 9021(c).

    \_\_\_\_ failed to respond to the proposed Order Granting Motion for Relief from the Automatic Stay and Abandonment of Property of the Estate.

\_\_\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

__X__ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

Dated this _31st_ day of May, 2013

/S/NATHAN R. ZELTZER
Nathan R. Zeltzer, Esq.
Attorney for Debtors