## Payment Schedule for McCauley Chapter 12 Bankruptcy

| Creditor Name | Assumed Claim Amount | Payment Terms | Payment Amount |
|---|---|---|---|
| Brenner & Sandstrom | 343,198.43 | 30 yr @ 4.0% APR annual payment due beginning August 1, 2014 | 19,847.20 |
| Dambacher using McCauley Estimate | 34,331.25 | 20 yr @ 4% APR annual payment due beginning August 1, 2014 | 2,526.16 |
| Modoc County Tax Collector | 52,323 | 10 yr at 4% APR annual payment due beginning August 1, 2015. | 6356.88 (2nd year) |
| IRS (Assume Zero Balance if all yrs filed) In any event, allowed Priority claims will be paid in full over the life of the Plan.) | 6,647 | | 0 |
| Total Annual Plan Payment First Year | | | 22,373.36 |
| Total annual plan payments second year | | | $28,730.24 |

1

## CASH FLOW

| Estimated McCauley Income | Annual | Paid | Plan Payments | Residual (income less living expenses less creditor payments) |
|---|---|---|---|---|
| Rent on Cedarville Ranch | 36,000 | $9,000 on April 15, $9,000 on May 15, $9,000 on June 15 and $9,000 on July 15. | | |
| from GC Livestock Income, LLC (only yearly income) | 6,000 (This amount will increase to $15,000.00 during the second plan year and for each year thereafter.) | June 15 | | |
| Total Income (first year) | 42,000 | | | |
| Total Income (second year) | 51,000 | | | |
| Est. Minimum Living Expenses | 22,320.00 | 1,860 (month) | | |
| | | | | |
| Total Annual Payments (and residual) first year. | | | 22,373.36 | -2693.36 |
| Total annual payments (and residual) remainder of plan | | | $28,730.24 | -$50.24 |
| | | | | |

2