**Patrick Patricia McCauley**
**Case No. CV52556**
**Judgment Dated 3/7/2007**

## Case No. CV52556 - Judgment March 7, 2007            $157,261.90

The work and improvements completed on Milton Dambacher's property by Patrick & Patricia McCauley completed in good faith was done by the guidance & supervision of Milton Dambacher with the understanding that moneys owed to us for services would be deducted from the above judgment. While completing the work we paid all expenses incurred including additional charges from Mr. Dambacher for rental of the entire property plus accrued interest by his figures. The purpose of this statement is to get proper credits in the years of moneys spent by us and work preformed. 2007 Fuel purchases $18,715.61 total divided by $3.84 = 4,836 gallons divided by 14 gallons pe per hour = 345 tractor hours @ $135.00 = $46,633.58

Fuels purchased by us:
| Date | Amount |
|---|---|
| 3/28/08 | $1,521.55 |
| 4/15/08 | 281.74 |
| 5/7/08 | 1,286.62 |
| 6/9/08 | 3,287.41 |
| 8/1/08 | 1,764.37 |
| 8/7/08 | 1,925.19 |
| 8/18/08 | 388.10 |
| 8/27/08 | 2,391.78 |
| 9/18/08 | 2,684.39 |

Fuels purchased by us
| Date | Amount |
|---|---|
| 10/28/2007 | $ 289.52 |
| 11/9/2007 | 302.90 |
| 11/19/2007 | 7,650.39 |
| 11/21/2007 | 4,415.05 |
| 11/27/2007 | 4,000.00 |
| 11/27/2007 | 200.15 |
| 12/13/2007 | 1,857.60 |
| Total | $18,715.61 |

**2007 Credit**                                      ($46,633.58)
**Sub-Total**                                        $110,628.32
**2008 Credit**
4,013 Gallons fuels 286 hours
$135.00 = 38,698.87                                  ($38,698.87)
**Sub-Total**                                        $71,929.45

Summary of Services-Supplies-Labor Supplied from 2007 to 2008 to Credit Indebtedness

**Patrick Patricia McCauley**
Case No. CV52556
Judgment Dated 3/7/2007

Total     $15,531.15

| | |
|---|---:|
| Irrigation Parts & Supplies | 2,664.00 |
| Estimated Labor for Irrigation | 1,332.00 |
| Backhoe Work for Irrigation | 660.00 |
| Fence Material | 6,228.69 |
| Labor for Fence Repair | 2,000.00 |
| Electrical repair/bathroom remodel | 21,381.31 |
| Extra Labor provided by us | 2,000.00 |
| Total | $37,598.20 |

## Balance of Judgement Owed

P.S. as far as the unsecured judgement we owe rent from Jan.1, 2007 to October 31, 2008  $54,266.74 and of that we paid $52,000.00 this leaves a balance owed of $2,266.64 pluss interest to date

Sub Total            ($37,598.20)
Pluss Interest Accured    $34,331.25

Summary of Services-Supplies-Labor Supplied from 2007 to 2008 to Credit Indebtedness