John White, Esq., Bar #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Joint Debtors

E-filed: June 27, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

PATRICK AND PATRICIA McCAULEY,

Joint Debtors.

_____/

Chapter 12

CASE NO:  BK-N-13-50194-btb

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June, 2013, I served a true and correct copy of the

SUPPLEMENT TO THE DEBTORS' VALUATION MOTION (Docket No. 38),  to the parties

below, in the following manner:

X  Via the Court's ECF System, on the following:

Michael R. Brooks on behalf of Creditor John J. Benner and Mary Alice Sandstrom, General
Partnership jsallade@brooksbauer.com

Christopher D. Jaime on behalf of Creditor Milton Dambacher cjaime@mclrenolaw.com,
kbernhardt@mclrenolaw.com

Jan P. Johnson  ch12@jph13trustee.com

John White  Bankruptcy@whitelawchartered.com, john@whitelawcharterd.com

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: June 27, 2013.

_/s/ John White_
Declarant, John White
Employee, White Law Chartered