Christopher D. Jaime, Esq., Nev. Bar #4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
E-mail: cjaime@mclrenolaw.com
Attorneys for Secured Creditor
Milton M. Dambacher

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

PATRICK MCCAULEY,
dba GC LIVESTOCK, LLC;
PATRICIA MCCAULEY,

Debtors.
_____/

Case No: BK-13-50194-btb
(Chapter 12)

**EX PARTE APPLICATION PURSUANT TO LOCAL RULE 9014(e) FOR LEAVE TO FILE OMNIBUS OBJECTION AND OPPOSITION IN EXCESS OF PAGE LIMIT**

Hearing Date: July 16, 2013
Hearing Time: 3:00 p.m.

Secured Creditor Milton M. Dambacher, Trustee, Dambacher 1987 Family Trust ("Dambacher"), hereby requests leave to file its *Omnibus Objection and Opposition by Milton M. Dambacher, Trustee, to Chapter 12 Plan, Valuation Motion, Motion Estimate Dambacher Claim, and Motion to Confirm; Supplement to Debtor's Valuation Motion* ("Objection and Opposition") in excess of the 20-page limit prescribed by Local Rule 9014(e). For the reasons set forth below, Dambacher requests leave to file the Objection and Opposition not in excess of 35 pages, exclusive of exhibits.

Local Rule 9014(e) provides, in part, that "briefs and points and authorities in support of, or in response to, motions are limited to 20 pages." Under the Local Rules and common practice in this District, the Court may waive this limitation. In the present case, leave to file in excess of the 20-page limit of LR 9014(e) is necessary due to the nature, significance, and number of issues addressed in the Objection and Opposition. Additionally, for sake of clarity, continuity, and the Court's convenience all arguments are presented in a single document rather than several separate documents. Therefore, Dambacher respectfully requests that the Court grant this *ex parte* application and expand the page limit of the Objection and Opposition from 20 pages to not in excess of 35 pages.

DATED this 5th day of July, 2013.

MAUPIN, COX & LEGOY

By  */s/ Christopher D. Jaime*
    Christopher D. Jaime, Esq., #4640
    Attorneys for Creditor Milton M. Dambacher

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am an employee of MAUPIN, COX & LeGOY, Attorneys at Law, and that on the date indicated below, I served the foregoing document(s) described as follows:

**EX PARTE APPLICATION PURSUANT TO LOCAL RULE 9014(e)
FOR LEAVE TO FILE OMNIBUS OBJECTION AND
OPPOSITION IN EXCESS OF PAGE LIMIT**

on the party(s) set forth below by:

_____   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage paid, following ordinary business practices, addressed as follows:

__XXX__   Electronic filing via the U.S. Bankruptcy Court CM/ECF filing system, to all those persons listed on the United States Bankruptcy Court ECF Confirmation Sheet.

DATED this 5th day of July, 2013.

_/s/ Karen Bernhardt_
Employee