# Exhibit 3

Exhibit 3

Reconstructed Cash flow McCauley - Dambacher Post Judgment

| Date | Action | Paid to Account | Accrued Expenses | Balance Owed |
|---|---|---|---|---|
| 03/07/07 | Judgment - Undisputed | | | 157,261.90 |
| **Balance on Monthly Rental Agreement** | | | | |
| 04/01/07 | Rent Owed | | 2,466.67 | 159,728.57 |
| 05/01/07 | Rent Owed | | 2,466.67 | 162,195.24 |
| 06/01/07 | Rent Owed | | 2,466.67 | 164,661.91 |
| 07/01/07 | Rent Owed | | 2,466.67 | 167,128.58 |
| 08/01/07 | Rent Owed | | 2,466.67 | 169,595.25 |
| 09/01/07 | Rent Owed | | 2,466.67 | 172,061.92 |
| 09/01/07 | Rent Owed | | 2,466.67 | 174,528.59 |
| 09/14/07 | rent CK No. 8019 | 2,000.00 | | 172,528.59 |
| 10/01/07 | Rent Owed | | 2,466.67 | 174,995.26 |
| 11/01/07 | Rent Owed | | 2,466.67 | 177,461.93 |
| 11/20/07 | rent CK No. 001 | 25,000.00 | | 152,461.93 |
| 12/01/07 | Rent Owed | | 2,466.67 | 154,928.60 |
| 12/07/07 | rent CK No. 8256 | 15,000.00 | | 139,928.60 |
| 12/07/07 | rent CK No. 28441 | 10,000.00 | | 129,928.60 |
| 01/01/08 | Rent Owed | | 2,466.67 | 132,395.27 |
| 02/01/08 | Rent Owed | | 2,466.67 | 134,861.94 |
| 03/01/08 | Rent Owed | | 2,466.67 | 137,328.61 |
| 04/01/08 | Rent Owed | | 2,466.67 | 139,795.28 |
| 05/01/08 | Rent Owed | | 2,466.67 | 142,261.95 |
| 06/01/08 | Rent Owed | | 2,466.67 | 144,728.62 |
| 07/01/08 | Rent Owed | | 2,466.67 | 147,195.29 |
| 08/01/08 | Rent Owed | | 2,466.67 | 149,661.96 |
| 09/01/08 | Rent Owed | | 2,466.67 | 152,128.63 |
| 10/01/08 | Rent Owed | | 2,466.67 | 154,595.30 |
| | | | | |
| **Credit for non-rent work and material post judgment - Disputed** | | | | |
| Doc 5* | Work and Materials | 127,256.10 | | 27,339.20 |
| | Total owed secured and unsecured** | | | 27,339.20 |
| | Add Interest on Rent Owed*** | | 11,822.10 | |
| | Total owed with work Credit | | | 39,161.30 |

\* See document 5 for details

\*\* These calculation do not include imputed interest on either party.

\*\*\* Interest owed on back rent.

## Patrick Patricia McCauley
## Bellevue Ranch

| As per agreement dated 9-16-05 | |
|---|---|
| Balance due as of 10-01-05 for rent | $32,066.71 |
| 2006 Rent 10-01-06 | $ 29,600.00 |
| Interest for 2006 | $4,933.33 |
| 2007 Rent 10/1/2007 | $ 29,600.00 |
| Interest for 2007 | $5,328.00 |
| Sub-Total | $101,528.04 |
| Less: Rent | ($52,000.00) |
| Sub-Total | $49,528.04 |
| 2008 Rent 10-01-08 | $29,600.00 |
| Total Due to Dambacher-Rent | $79,128.04 |
| 9,447 Gallons of Diesel @ 14 Gallons per Hour = 674 Hours | |
| 674 Tractor Hours @ $135.00 | $90,990.00 |
| Irrigation Parts and Supplies | $2,664.00 |
| Estimated Labor for Irrigation | $1,332.00 |
| Backhoe Work for Irrigation Repair | $660.00 |
| Fence Materials | $6,228.79 |
| Labor for Fence Repair | $,2000.00 |
| Bellevue Ranch Repairs (House-Barn-Shop-Electrical-Repair Out Buildings-Remodel Bathroom- including Damage from PG&E | $21,381.31 |
| Extra Labor provided by us | $2,000.00 |
| Total Due for Work & Improvements to Date | $127,256.10 |