John White, Esq., Bar #1741  
335 West First Street  
Reno, NV 89503  
Telephone: (775) 322-8000  
Facsimile: (775) 322-1228  
john@whitelawchartered.com  
Attorney for Joint Debtors

E-filed: July 15, 2013

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 12 |
| PATRICK AND PATRICIA McCAULEY, | CASE NO: BK-N-13-50194-btb |
| | ERRATA TO PAT MCCAULEY'S 7-11-13 DECLARATION IN SUPPORT OF DEBTORS' REPLY TO DAMBACHER'S OPPOSITION*[1] |
| Joint Debtors. | Hearing Date: July 16, 2013<br>Hearing time:  3:00 p.m. |

**DEBTORS** hereby file their Errata to Pat McCauley's 7-11-13 Declaration in Support of Debtors' Reply to Dambacher's Opposition (hereinafter, "Declaration") (Dockets 71, 71-1 through 71-9, filed July 11, 2013). The corrections are herein set forth as follows:

1.      Exhibit 4 of the Declaration (Doc 71-4) should have only had the first two pages instead of 47 pages. The last 45 pages are deleted.

2.      Page 2 of Exhibit 7 of the Declaration (Doc 71-7) was the wrong page. The correct second page is hereby attached.

All other information remain unchanged.

DATED: July 15, 2013.

                                                WHITE LAW CHARTERED  
                                                By:   /s/ John White  
                                                      John White, Esq.

---

[1] For the Court's convenience, all the corrected exhibits above-mentioned have been incorporated and attached to the Court's courtesy copy of the Pat McCauley's 7-11-13 Declaration in Support of Debtors' Reply to Dambacher's Opposition (Doc 71). Opposing counsel will be supplied with a copy upon request.

1

CERTIFICATE OF SERVICE

I hereby certify that on the date below shown, I served a true and correct copy of the attached ERRATA TO PAT MCCAULEY'S 7-11-13 DECLARATION IN SUPPORT OF DEBTORS' REPLY TO DAMBACHER'S OPPOSITION, to the parties below, in the following manner:

X a.  Via the Court's ECF System, on the following:

Michael R. Brooks on behalf of Creditor John J. Benner and Mary Alice Sandstrom, General Partnership  jsaliado@brooksbauer.com

Christopher D. Jaime on behalf of Creditor Milton Dambacher cjaime@mcrenolaw.com, kebernhardt@mcrenolaw.com

Jan P. Johnson  ch12jph13trustee.com

John White  Bankruptcy@whitelawchartered.com, john@whitelawchartered.com

Nathan R. Zetzer  nrzbk@yahoo.com; nrzbk@gmail.com

____ b.   Via United States mail, postage prepaid by depositing a true and correct copy of Notice of Hearing on the date shown below, into the U.S. Post Office, Reno, NV to the interested parties described below: N/a

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: July 15, 2013.

                                         _/s/ John White_
                                         Declarant, John White

Doc 5

## Patrick Patricia McCauley
## Bellevue Ranch

| As per agreement dated 9-16-05 | | |
|---|---|---|
| Balance due as of 10-01-05 for rent | | $32,066.71 |
| 2006 Rent 10-01-06 | | $ 29,600.00 |
| Interest for 2006 | | $4,933.33 |
| 2007 Rent 10/1/2007 | | $ 29,600.00 |
| Interest for 2007 | | $5,328.00 |
| | Sub Total | $101,528.04 |
| Less Rent | | ($52,000.00) |
| | Sub Total | $49,528.04 |
| 2008 Rent 10-01-08 | | $29,600.00 |
| | Total Due to Dambacher-Rent | $79,128.04 |
| 9,447 Gallons of Diesel @ 14 Gallons per Hour = 674 Hours | | |
| 674 Tractor Hours @ $135.00 | | $90,990.00 |
| Irrigation Parts and Supplies | | $2,664.00 |
| Estimated Labor for Irrigation | | $1,332.00 |
| Backhoe Work for Irrigation Repair | | $660.00 |
| Fence Materials | | $6,228.79 |
| Labor for Fence Repair | | $,2000.00 |
| Bellevue Ranch Repairs (House-Barn-Shop-Electrical-Repair Out Buildings-Remodel Bathroom- including Damage from PG&E | | $21,381.31 |
| Extra Labor provided by us | | $2,000.00 |
| | Total Due for Work & Improvements to Date | $127,256.10 |

Doc 5