John White, Esq., Bar #1741  
335 West First Street  
Reno, NV 89503  
Telephone: (775) 322-8000  
Facsimile: (775) 322-1228  
john@whitelawchartered.com  
Attorney for Joint Debtors

E-filed: July 16, 2013

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

PATRICK AND PATRICIA McCAULEY,

Joint Debtors.

Chapter 12

CASE NO: BK-N-13-50194-btb

SUPPLEMENT TO THE FIRST AMENDED CHAPTER 12 PLAN

Hearing Date: July 16, 2013  
Hearing time:  3:00 p.m.

**DEBTORS** hereby file an updated Exhibit 1 to their First Amended Chapter 12 Plan filed herein on July 12, 2013 (Doc. 75). This exhibit, as attached, shows the effect of the proposed July 15, 2013 settlement with the Dambacher Trust on Debtors' expenses.

Dated: July 16, 2013.

WHITE LAW CHARTERED

By: _/s/ John White_  
John White, Esq.

1

CERTIFICATE OF SERVICE

I hereby certify that on the date below shown, I served a true and correct copy of the attached SUPPLEMENT TO THE FIRST AMENDED CHAPTER 12 PLAN, to the parties below, in the following manner:

X a. Via the Court's ECF System, on the following:

Michael R. Brooks on behalf of Creditor John J. Benner and Mary Alice Sandstrom, General Partnership jsallade@brooksbauer.com

Christopher D. Jaime on behalf of Creditor Milton Dambacher cjaime@mcirevolaw.com, kebernhardt@mcirevolaw.com

Jan P. Johnson  ch12jph13trustee.com

John White  Bankruptcy@whitelawchartered.com, john@whitelawchartered.com

Nathan R. Zetzer  nrzbk@yahoo.com; nrzbk@gmail.com

____ b.    Via United States mail, postage prepaid by depositing a true and correct copy of Notice of Hearing on the date shown below, into the U.S. Post Office, Reno, NV to the interested parties described below: n/a

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: July 16, 2013.

                                                           /s/ Mary Hernandez
                                                         Declarant, Mary Hernandez

Estimated income, Expenses and Cash Flow, Patrick and Patricia McCauley

The McCauley's are sole owners of GC Livestock, LLC which they use for a sheep operation which produces and sells lambs as well as wool and cull ewes. The McCauley's also own a ranch near Cedarville California which is currently under lease through December 31, 2015. Lacking perfect knowledge as to the future of the lease a cash flow was estimated assuming the lease will be terminated this year and one assuming the lease will continue for the 5 year period of the plan.

It is assumed the McCauley's will operate the ranch, if the lease is terminated, in conjunction with the sheep operation known as GC Livestock. There will be joint costs shared between the two enterprises.

There are four tables attached that that show the cash flow for the McCauley's under two assumptions: (1) the Cedarville ranch will continue to be leased and (2) the McCauley's will assume management of the ranch. Under each assumption there are two tables. The first one estimates the cash flow for the first year and a second table estimates the cash flow for years 2 through 5 of the plan for each management assumption (see Tables 1-4).

Table 5 shows the assumptions for sheep production on income for each year. The McCauley's will wean a 140% lamb crop because of shed lambing and close supervision reducing predator loss. They will cull 20% of old ewes each year and retain 50% of the ewe lambs as replacements. This allows the number of breeding ewes to increase each year of the plan.

Table 6 gives the hay production and income assumptions.

Table 7 shows the plan payment schedule for secured creditors. There has been no allowance for Administrative Costs which are included in the funds remaining after paying secured creditors.

Table 1. GC Livestock LLC Monthly Income, Expenses and Cash Flow, assuming Alexandre's continues to lease ranch, Year 1 of Plan.

| Year<br>Month | 2013<br>OCT | 2013<br>NOV | 2013<br>DEC | 2014<br>JAN | 2014<br>FEB | 2014<br>MAR | 2014<br>APR | 2014<br>MAY | 2014<br>JUN | 2014<br>JUL | 2014<br>AUG | 2014<br>SEPT | 12 Month<br>TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME Source** | | | | | | | | | | | | | |
| Lamb Sales | | | 4,000 | | 2,000 | 2,000 | 2,080 | | | | | | 10,080 |
| Cull Ewe Sales | | | | | | | | | | 1,170 | | | 1,170 |
| Wool Sales | | | | 1,590 | | | | | | | | | 1,590 |
| Hay Sales | | | | | | | | | | | | | 0 |
| Rental Income | | | | | | | | | 9,000 | 9,000 | 9,000 | 9,000 | 36,000 |
| Labor Income | | | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 21,000 |
| Total Income | 0 | 0 | 6,100 | 3,690 | 4,100 | 4,100 | 4,180 | 2,100 | 11,100 | 12,270 | 11,100 | 11,100 | 69,840 |
| **EXPENSES** | | | | | | | | | | | | | |
| Real Estate Taxes | 2,000 | | 2,000 | | | | | 2,000 | | 2,000 | | | 8,000 |
| Insurance | | | 200 | | | 200 | | | 200 | | | 200 | 800 |
| Hired Labor | | | | | | | | | | | | | 0 |
| Labor groceries | | | | | | | | | | | | | 0 |
| Contract Shearing | | | | | | | 800 | | | | | | 800 |
| Livestock (Rams) | | | | | | | | | | | | 500 | 500 |
| Purchased feed | | | | | | | | | | | | | 0 |
| Vet/Medicine | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Fert./Seed/Chem. | | | | | | | | | | | | | 0 |
| Trucking | | | | | | | | | | | | | 0 |
| Fuel | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| R & M | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Supplies | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Utilities (Irrigation) | | | | | | | | | | | | | 0 |
| Legal & Acct | | | | | | | 550 | | | | | | 550 |
| Operating Int. | | | | | | | | | | | | | 0 |
| Hay for Lambing | | | | | | | | | | | | | 0 |
| Grazing Purchase | | | | | | | | | | | | | 0 |
| Total Cash Exp. | 2,650 | 650 | 2,850 | 650 | 650 | 850 | 2,000 | 2,650 | 850 | 2,650 | 650 | 1,350 | 18,450 |
| **CASH FLOW** | (2,650) | (650) | 3,250 | 3,040 | 3,450 | 3,250 | 2,180 | (550) | 10,250 | 9,620 | 10,450 | 9,750 | 51,390 |
| Net Farm Income | | | | | | | | | | | | | 51,390 |

Table 2. GC Livestock LLC Monthly Income, Expenses and Cash Flow, assuming Alexandre's continues lease, Years 2-5 of Plan.

| Year | 14-18 | 14-18 | 14-18 | 15-19 | 15-19 | 14-18 | 14-18 | 14-18 | 14-18 | 14-18 | 14-18 | 14-18 | 12 Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | TOTAL |
| **INCOME Source** | | | | | | | | | | | | | |
| Lamb Sales | | | | | | 3,000 | 6,000 | 4,000 | | | | | 15,000 |
| Cull Ewe Sales | | | | | 2,000 | | | | | 1,750 | | | 1,750 |
| Wool Sales | | | | 2,285 | | | | | | | | | 2,285 |
| Hay Sales | | | | | | | | | | | | | 0 |
| Rental Income | | | | | | | | | 9,000 | 9,000 | 9,000 | 9,000 | 36,000 |
| Labor Income | | | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 21,000 |
| Total Income | 0 | 0 | 2,100 | 4,385 | 4,100 | 5,100 | 8,100 | 6,100 | 11,100 | 12,850 | 11,100 | 11,100 | 76,035 |
| **EXPENSES** | | | | | | | | | | | | | |
| Real Estate Taxes | 2,000 | | | | | | | | | | | | 8,000 |
| Insurance | | | 2,000 | | | | | 2,000 | | 2,000 | | | 8000 |
| Hired Labor | | | 200 | | | 200 | | | 200 | | | 200 | 0 |
| Labor groceries | | | | | | | | | | | | | 0 |
| Contract Shearing | | | | | | | 800 | | | | | | 800 |
| Livestock (Rams) | | | | | | | | | | | | 500 | 500 |
| Purchased feed | | | | | | | | | | | | | 0 |
| Vet/Medicine | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Fert./Seed/Chem. | | | | | | | | | | | | | 0 |
| Trucking | | | | | | | | | | | | | 0 |
| Fuel | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| R & M | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 900 |
| Supplies | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Utilities (Irrigation) | | | | | | | | | | | | | 0 |
| Legal & Acct | | | | | | | 550 | | | | | | 550 |
| Operating Int. | | | | | | | | | | | | | 0 |
| Hay for Lambing | | | | | | | | | | | | | 0 |
| Grazing Purchase | | | | | | | | | | | | | 0 |
| Total Cash Exp. | 2,675 | 675 | 2,875 | 675 | 675 | 875 | 2,025 | 2,675 | 875 | 2,675 | 675 | 1,375 | 18,750 |
| **CASH FLOW** | (2,675) | (675) | (775) | 3,710 | 3,425 | 4,225 | 6,075 | 3,425 | 10,225 | 10,175 | 10,425 | 9,725 | 57,285 |

Table 3. GC Livestock LLC Monthly Income, Expenses and Cash Flow, with McCauley's Farming Ranch, Year 1 of Plan.

| Year | 2013 | 2013 | 2013 | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | 2014 | 12 Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | | TOTAL |
| **INCOME Source** | | | | | | | | | | | | | | |
| Lamb Sales | | | 4,000 | | 2,000 | 2,000 | 2,080 | | | | | | | 10,080 |
| Cull Ewe Sales | | | | | | | | | | 1,170 | | | | 1,170 |
| Wool Sales | | | | 1,590 | | | | | | | | | | 1,590 |
| Hay Sales | | | | | | | | | | 100,000 | 40,000 | 40,000 | | 180,000 |
| Rental Income | | | | | | | | | | | | | | 0 |
| Labor Income | | | | | | | | | | | | | | 0 |
| Total Income | 0 | 0 | 4,000 | 1,590 | 2,000 | 2,000 | 2,080 | 0 | 0 | 101,170 | 40,000 | 40,000 | | 192,840 |
| **EXPENSES** | | | | | | | | | | | | | | |
| Real Estate Taxes | 2,000 | | 2,000 | | | | | 2,000 | | 2,000 | | | | 8,000 |
| Insurance | | | 200 | | | 200 | | | 200 | | | 200 | | 800 |
| Hired Labor | | | | | | | | | 2,500 | 2,500 | 2,500 | 2,500 | | 10,000 |
| Labor groceries | | | | | | | | | | | | | | 0 |
| Contract Shearing | | | | | | | 800 | | | | | | | 800 |
| Livestock (Rams) | | | | | | | | | | | | 500 | | 500 |
| Purchased feed | | | | | | | | | | | | | | 0 |
| Vet/Medicine | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | | 600 |
| Fert./Seed/Chem. | | | | | | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | | 15,000 |
| Custom Harvest | | | | | | | | | 25,000 | 10,000 | 10,000 | 10,000 | | 55,000 |
| Fuel | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 2,000 | 3,000 | 3,000 | 2,500 | | 14,500 |
| Equipment Purchase | | | | | | | 2,000 | | | | | | | 2,000 |
| R & M (include Irrig) | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | | 2,400 |
| Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 1,200 |
| Utilities (Irrigation) | | | | | | | | 7,400 | 7,400 | 7,400 | 7,400 | | | 29,600 |
| Legal & Acct | | | | | | | 550 | | | | | | | 550 |
| Operating Int. | | | | | | | | | | | | | | 0 |
| Grazing Purchase | | | | | | | | | | | | | | 0 |
| Total Cash Exp. | 2,850 | 850 | 3,050 | 850 | 850 | 1,050 | 6,700 | 12,750 | 39,950 | 27,750 | 25,750 | 18,550 | | 140,950 |
| CASH FLOW | (2,850) | (850) | 950 | 740 | 1,150 | 950 | (4,620) | (12,750) | (39,950) | 73,420 | 14,250 | 21,450 | | 51,890 |
| Net Farm Income | | | | | | | | | | | | | | 51,890 |

Table 4.  GC Livestock LLC Monthly Income, Expenses and Cash Flow, with McCauley's Farming Ranch, Years 2-5 of Plan .

| Years | 14-18 | 14-18 | 14-18 | 14-18 | 14-18 | 14-18 | 14-18 | 14-18 | 14-18 | 14-18 | 14-18 | 14-18 | 12 Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | TOTAL |
| INCOME Source | | | | | | | | | | | | | |
| Lamb Sales | | | | | | | | | | | | | 15,000 |
| Cull Ewe Sales | | | | | | | | | | 1,750 | | | 1,750 |
| Wool Sales | | | | 2,285 | | | | | | | | | 2,285 |
| Hay Sales | 40,000 | | | | 2,000 | 3,000 | 6,000 | 4,000 | | 100,000 | 40,000 | 40,000 | 220,000 |
| Rental Income | | | | | | | | | | | | | 0 |
| Labor Income | | | | | | | | | | | | | 0 |
| Total Income | 40,000 | 0 | 0 | 2,285 | 2,000 | 3,000 | 6,000 | 4,000 | 0 | 101,750 | 40,000 | 40,000 | 239,035 |
| **EXPENSES** | | | | | | | | | | | | | |
| Real Estate Taxes | 2,000 | | 2,000 | | | | | 2,000 | | 2,000 | | | 8,000 |
| Insurance | | | 200 | | | 200 | | | 200 | | | 200 | 800 |
| Hired Labor | | | | | | | | | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Labor groceries | | | | | | | | | | | | | 0 |
| Contract Shearing | | | | | | | 800 | | | | | | 800 |
| Livestock (Rams) | | | | | | | | | | | | 500 | 500 |
| Purchased feed | | | | | | | | | | | | | 0 |
| Vet/Medicine | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Fert./Seed/Chem. | | | | | | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 18,000 |
| Custom Harvest | | | | | | | | | 25,000 | 10,000 | 10,000 | 10,000 | 55,000 |
| Fuel | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Equipment Purchase | | | | | | | | 25,000 | | | | | 25,000 |
| R & M (include Irrig) | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,000 | 3,500 | 3,000 | 3,000 | 2,500 | 15,400 |
| Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 5,700 |
| Utilities (Irrigation) | | | | | | | | 7,400 | 7,400 | 7,400 | 7,400 | | 29,600 |
| Legal & Acct | | | | | | | 550 | | | | | | 550 |
| Operating Int. | | | | | | | | | | | | | 0 |
| Grazing Purchase | | | | | | | | | | | | | 0 |
| Total Cash Exp. | 2,850 | 850 | 3,050 | 850 | 850 | 1,050 | 5,200 | 40,950 | 43,150 | 29,450 | 27,450 | 20,250 | 175,950 |
| **CASH FLOW** | 37,150 | (850) | (3,050) | 1,435 | 1,150 | 1,950 | 800 | (36,950) | (43,150) | 72,300 | 12,550 | 19,750 | 63,085 |
| Net Farm Income | | | | | | | | | | | | | 63,085 |

Table 5. GC Livestock Sheep Production and Income.

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Ewes Lambed | 120 | 138 | 159 | 183 | 210 |
| % weaned | 1.40 | 1.40 | 1.40 | 1.40 | 1.40 |
| Wethers Lambs | 84 | 97 | 111 | 128 | 147 |
| Ewe Lambs | 84 | 97 | 111 | 128 | 147 |
| Ewes culled/die | 24 | 28 | 32 | 37 | 42 |
| Ewes Replaced | 42 | 48 | 56 | 64 | 73 |
|  |  |  |  |  |  |
| Wethers Sold | 84 | 97 | 111 | 128 | 147 |
| Ewe Lamb Sold | 42 | 48 | 56 | 64 | 73 |
| Total Lambs Sold | 126 | 145 | 167 | 192 | 220 |
| Value per lamb | 80 | 80 | 80 | 80 | 80 |
| Lamb Income | 10,080 | 11,592 | 13,331 | 15,330 | 17,630 |
|  |  |  |  |  |  |
| Cull Ewes Sold No | 18 | 21 | 24 | 28 | 35 |
| Value per Ewe | 65 | 65 | 65 | 65 | 65 |
| Cull Income | 1,170 | 1,365 | 1,560 | 1,820 | 2,275 |
|  |  |  |  |  |  |
| Sheep Sheared | 141 | 163 | 187 | 215 | 247 |
| Wool pounds | 1,273 | 1,464 | 1,684 | 1,936 | 2,227 |
| Price per Lb. | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 |
| Wool Income | 1,591 | 1,830 | 2,105 | 2,420 | 2,783 |
|  |  |  |  |  |  |
| Sheep Income | 12,841 | 14,787 | 16,995 | 19,571 | 22,688 |
|  |  |  |  |  |  |
| Shearing Costs |  |  |  |  |  |
| Head Sheared | 141 | 163 | 187 | 215 | 247 |
| Cost per Head | 4.50 | 4.50 | 4.50 | 4.50 | 4.50 |
| Total Costs | 637 | 732 | 842 | 968 | 1,113 |

Table 6. GC Livestock Hay Production and Income Assumptions.

| Year | 2013-14 | 2014-15 | 2015-16 | 2016-17 | 2017-18 |
|---|---|---|---|---|---|
| Acres Harvested | 300 | 300 | 300 | 300 | 300 |
| Yield (Estimate) | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 |
| Tons | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| Tons Sold | 1,180 | 1,180 | 1,180 | 1,180 | 1,180 |
| Value/Ton | 185 | 185 | 185 | 185 | 185 |
| Hay Income | 218,300 | 218,300 | 218,300 | 218,300 | 218,300 |

Table 7.  Payment Schedule.

| Source of Income | Table 1 | Table 2 | Table 3 | Table 4 |
|---|---|---|---|---|
| Net Farm Income | 51,390 | 57,285 | 51,890 | 63,085 |
| Less McCauley's Living Expenses | 22,320 | 22,320 | 22,320 | 22,320 |
| Available to pay Creditors | 29,070 | 34,965 | 29,570 | 40,765 |
| **Plan Payments to Secured Creditors, Year 1 of Plan** | | | | |
| Benner & Sandstrom | 19,847 | 19,847 | 19,847 | 19,847 |
| Dambacher | 2,526 | 2,526 | 2,526 | 2,526 |
| Modoc County Tax | 6,357 | 6,357 | 6,357 | 6,357 |
| Total Secured Payments | 28,730 | 28,730 | 28,730 | 28,730 |
| Balance of Funds Available* | 340 | 6,235 | 840 | 12,035 |

* Administrative Expenses included here.

| Plan Payments to Secured Creditors, Years 2, 3 and 4 of Plan. | | | | |
|---|---|---|---|---|
| Benner & Sandstrom | 19,847 | 19,847 | 19,847 | 19,847 |
| Dambacher | 8,797 | 8,797 | 8,797 | 8,797 |
| Modoc County Tax | 6,357 | 6,357 | 6,357 | 6,357 |
| Total Secured Payments | 35,001 | 35,001 | 35,001 | 35,001 |
| Balance of Funds Available* | (5,931) | (36) | (5,431) | 5,764 |

* Administrative Expenses included here.